UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MAUREEN HURLEY,

                    Plaintiff,

            -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,

                    Defendant.
-------------------------------------------------------------x

                                                                **ORDER**
                                        **24 CV 1664 (NRM)(LB)**

**BLOOM, United States Magistrate Judge:**

The Honorable Nina R. Morrison assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Plaintiff and defendant, alike, are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendant along with the summons and complaint.

*Pro se* plaintiff filed the complaint and paid the filing fee to commence this action on March 6, 2024. ECF No. 1, 2.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to  the plaintiff – must dismiss the action without  prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff shall have 90 days from March 6, 2024, to serve defendant and file proof of proper service with the Court. Accordingly, if proper service is  not made upon defendant by June 4, 2024, or if plaintiff fails to show good cause why such service has not been effected by that date, I shall recommend that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact

1

plaintiff and may result in dismissal of this case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

Consent for Electronic Service

Plaintiff may choose to receive electronic notification of court-issued filings in this civil case. By registering for electronic notification, plaintiff will be waiving the right to receive service of court-issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments, and appeal instructions in paper form by mail. Instead, plaintiff will be sent notices of electronic filing via e-mail. Because plaintiff will be receiving court-issued documents only in electronic form, plaintiff must maintain a valid email address and regularly check email. For more information and for eligibility criteria, please review the enclosed "Instructions for Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases." If plaintiff is eligible and wishes to receive electronic notification of court-issued documents, plaintiff should complete the attached Registration and Consent form and return the form to the Court. Plaintiff is advised that even if plaintiff chooses to receive electronic notifications in this action, plaintiff is still required to advise the Court of any mailing address changes.

SO ORDERED.

_____/S/_____
LOIS BLOOM
United States Magistrate Judge

Dated: March 8, 2024
       Brooklyn, New York

2