RECEIVED IN THE PRO SE OFFICE
JUNE 05, 2024, 1:10PM
VIA BOX.COM

Maureen Hurley
18 Kisco Park Drive
Mount Kisco, N.Y. 10549
917-517-6379

June 5, 2024

<u>**VIA ECF and Mail**</u>

Chief Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RE: Hurley v The Department of Education of the
City of New York
24-CV-01664-NRM-LB

Dear Judge Bloom,

My name is Maureen Hurley, and I am the Plaintiff Pro Se in the above cited case.

I filed my case in the Eastern District and paid the fee on March 6, 2024. I understood that I had 90 days to serve the Defendant, but I miscalculated the date that ended the 90-days. I was informed yesterday by a friend who went on the PACER database that you made an Order in March that required service on the Defendant before June 4, 2024.

I do not as yet have a PACER account set up, and I never received any mail from the Eastern District, and therefore did not know that June 4 2024 was my deadline. I thought the deadline to serve the Department was June 7, 2024.

On June 4, 2024 I hired a Company, Preferred Process Servers, located in Whitestone Queens to serve the papers – Summons, Complaint and Exhibits – on the Defendant tomorrow, June 6, 2024. They will serve the papers on that date and then file the stamped copy of the Summons and the notarized Affidavit of Service on the Court soon after. I can provide you with the receipt and payment to this Company as proof.

I am hugely sorry that I have not been in compliance with your order, and I respectfully request an extension of time to get the service on the Defendant completed and the Affidavit of Service filed in the Court. I have all my receipts and can submit these to the Court if you so request.

Please grant this short adjournment, and I will set up a PACER account immediately so that no other order is left unseen.

Thank you for your help and assistance,

Sincerely,

_/s/Maureen Hurley_
Maureen Hurley