UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAUREEN HURLEY,

                Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------x

**ORDER**
**24 CV 1664 (NRM)(LB)**

**BLOOM, United States Magistrate Judge:**

*Pro se* plaintiff requests an extension of the Rule 4(m) deadline to serve defendant with the summons and complaint. ECF No. 6. The request is granted. Plaintiff shall serve defendant and file proof of proper service by June 14, 2024.

Plaintiff states that she has not "received any mail from the Eastern District." A copy of the Court's March 8, 2024 Order was mailed to plaintiff at the address she provided: 18 Kisco Park Drive, Mount Kisco, New York, 10549. If this address is incorrect or incomplete, plaintiff shall immediately write to the Court to provide her correct mailing address.

As set forth in the Court's March 8, 2024 Order, plaintiff may also choose to register to receive electronic notification of court-issued filings in this civil case. By registering for electronic notification, plaintiff will be waiving the right to receive service of court-issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments, and appeal instructions in paper form by mail. Instead, plaintiff will be sent notices of electronic filing via e-mail. Because plaintiff will be receiving court-issued documents only in electronic form, plaintiff must maintain a valid email address and regularly check email. For more information and for eligibility criteria, please review the enclosed "Instructions for Pro Se Registration and

1

Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases." If plaintiff is eligible and wishes to receive electronic notification of court-issued documents, plaintiff should complete the attached Registration and Consent form and return the form to the Court.

Plaintiff is advised that even if plaintiff chooses to receive electronic notifications in this action, plaintiff is still required to advise the Court of her current mailing address.
SO ORDERED.

_____/S/_____<br>
LOIS BLOOM<br>
United States Magistrate Judge

Dated: June 7, 2024
       Brooklyn, New York