AO 440 (Rev. 06/12) Summons in a Civil Action

Clerk's Office
Filed Date: Received on June 13, 2024 JVC
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Maureen Hurley

*Plaintiff(s)*

v.

The Department of Education of the City of New York

*Defendant(s)*

Civil Action No. 1:24-cv-01664-NRM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Department of Education of the City of New York
65 Court Street
Brooklyn NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro se Plaintiff:

**Maureen Hurley**
18 Kisco Park Drive
Mount Kisco, NY 10549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____03/06/2024_____                    _____
*Signature of Clerk or Deputy Clerk*

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01664-NRM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Department of Education of the city of New York
was received by me on *(date)* 6/4/24

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* A. Goebler , who is designated by law to accept service of process on behalf of *(name of organization)* The Department of Education of the City of New York on *(date)* 6/6 at 10:22 ; AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/7/24

*Server's signature*

Jeremy Coley    LIC # 2112646
*Printed name and title*

166-06 24th Rd, Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc:
Served at 100 Church st, NY, NY, 10007
(M, Wh, Brn, 32, 5'9-6'0, 161-200lbs)

Submitted 6/11/24

Luis Crespo

REC'D IN PRO SE OFFICE
JUN 11 '24 AM 8:44

Job #: 1564341

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Client: Pro-Se
Address:

| MAUREEN HURLEY | |
|---|---|
| *Plaintiff* | Index Number: 1:24-CV-01664-NRM |
| vs | Client's File No.: hurley vs the dept. of e( |
| THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK | Court Date: |
| *Defendant* | Date Filed: |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JEREMY COLEY, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **6/6/2024**, at **10:22 AM** at: **100 CHURCH STREET, NEW YORK, NY 10007** Deponent served the within **Summons in a Civil Action, COMPLAINT, RE: IMPACT BARGAINING, ORDER OF THE COMMISSIONER OF HEALTH AND MENTAL HYGIENE TO REQUIRE COVID-19 VACCINATION FOR DEPARTMENT OF EDUCATION EMPLOYEES, CONTRACTORS, VISITORS, AND OTHERS, RE: UFT. 1690, EXHIBITS**

On: **THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **A.Goebler** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 32 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 06/07/2024

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2027

JEREMY COLEY
DCA License # 2112646

REC'D IN PRO SE OFFICE
JUN 11 '24 AM 8:44



PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA