

Maureen Hurley
18 Kisco Park Drive
Mount Kisco, N.Y. 10549
917-517-6379

June 5, 2024

**_VIA ECF and Mail_**

Chief Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

        RE: Hurley v The Department of Education of the
            City of New York
            24-CV-01664-NRM-LB

Dear Judge Bloom,

My name is Maureen Hurley, and I am the Plaintiff Pro Se in the above cited case.

I filed my case in the Eastern District and paid the fee on March 6, 2024. I understood that I had 90 days to serve the Defendant, but I miscalculated the date that ended the 90-days. I was informed yesterday by a friend who went on the PACER database that you made an Order in March that required service on the Defendant before June 4, 2024.

I do not as yet have a PACER account set up, and I never received any mail from the Eastern District, and therefore did not know that June 4 2024 was my deadline. I thought the deadline to serve the Department was June 7, 2024.

On June 4, 2024 I hired a Company, Preferred Process Servers, located in Whitestone Queens to serve the papers – Summons, Complaint and Exhibits – on the Defendant tomorrow, June 6, 2024. They will serve the papers on that date and then file the stamped copy of the Summons and the notarized Affidavit of Service on the Court soon after. I can provide you with the receipt and payment to this Company as proof.

I am hugely sorry that I have not been in compliance with your order, and I respectfully request an extension of time to get the service on the Defendant completed and the Affidavit of Service filed in the Court. I have all my receipts and can submit these to the Court if you so request.

Please grant this short adjournment, and I will set up a PACER account immediately so that no other order is left unseen.

Thank you for your help and assistance,

Sincerely,

/s/Maureen Hurley
Maureen Hurley

Maureen Hurley
18 Kisco Park Drive
Mount Kisco, N.Y.
10549

Chief Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
Brooklyn, New York 11201

9590 9402 8714 3310 7945 77

2. Article Number (Transfer from service label)

7018 1830 0000 4814 9592

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt