

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Ilona J. Ehrlich**
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

June 26, 2024

**Via ECF**
Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: Hurley v. The Department of Education of the City of New York
24-cv-01664 (NRM) (LB)

Dear Judge Morrison:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to represent Defendant, Department of Education of the City of New York ("DOE") in the above-referenced matter. I write to respectfully request an extension of time, from June 26, 2024, to August 26, 2024, for Defendant to respond to the complaint. This is Defendant's first request for an extension of time, and the requested extension does not affect any scheduled dates. Plaintiff has consented to Defendant's request for a 60-day extension.

The complaint in this matter contains numerous allegations of discrimination against the DOE. Additional time is needed to collect and review documents in order to appropriately respond to the complaint, and to speak with potential witnesses concerning the allegations.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Ilona Ehrlich
Ilona J. Ehrlich
Assistant Corporation Counsel

Cc: Maureen Hurley, *Pro Se* Plaintiff (By ECF)
By USPS to:
18 Kisco Park Drive
Mount Kisco, NY 10549