UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MAUREEN HURLEY,

        Plaintiff,                                             **ORDER**
                                                                    **24 CV 1664 (NRM)(LB)**

     -against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK,

        Defendant.
-----------------------------------------------------------x
**BLOOM, United States Magistrate Judge:**

      Defendant requests, with *pro se* plaintiff's consent, an extension of time to respond to plaintiff's complaint. ECF No. 12. The request is granted. Defendant shall respond to the complaint by August 26, 2024. Any party seeking to file a dispositive motion shall comply with Judge Morrison's Individual Rules.

SO ORDERED.

                                                                            /S/
                                                       LOIS BLOOM
                                                       United States Magistrate Judge

Dated: June 27, 2024
       Brooklyn, New York