

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHLEEN M. LINNANE**<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Telephone: (212) 356-2467<br>E-mail: klinnane@law.nyc.gov |

August 26, 2024

**By Certified Mail, Return Receipt, USPS**
Maureen Hurley
18 Kisco Park Drive
Mount Kisco, NY 10549

        Re:  *Hurley v. The Department of Education of the City of New York*
             No. 24-cv-01664(NRM)(LKE)

Dear Maureen Hurley:

    I represent the Defendant in the above-referenced matter.  Please find enclosed, for service on you, a Notice of Motion to Dismiss the Complaint and related documents.

                Sincerely,

                /s/ *Kathleen M. Linnane*
                Kathleen M. Linnane
                Attorney for the Defendant

cc: M. Hurley (via email to miami64@earthlink.net)

Encl.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

MAUREEN HURLEY,

                       Plaintiff,

     – against –

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                       Defendant.

-------------------------------------------------------------------------- x

**AFFIRMATION OF SERVICE BY CERTIFIED MAIL**

No. 24-cv-01664(NRM)(LKE)

    Diana Kay, employed in the Office of the Corporation Counsel as paralegal, affirms under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    On the 26th day of August, 2024, the affirmant served the annexed **Notice of Motion, Memorandum of Law in Support of Motion to Dismiss, and Affirmation in Support of Motion to Dismiss with appended exhibit** upon:

                    Maureen Hurley
                    18 Kisco Park Drive
                    Mount Kisco, NY 10549

    by mailing the papers to the person via Certified Mail, Certified Mail Receipt bearing numbers 9589 0710 5270 0431 4551 55, Return Receipt Requested, at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

Date:  New York, New York
         August 26, 2024

                                                  _/s/ Diana Kay_
                                                  Diana Kay
                                                  Paralegal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

MAUREEN HURLEY,

                                                Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK CITY,

                                                Defendant.

---------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE BY EMAIL**

No. 24-cv-01664 (NRM)(LKE)

      I, Kathleen M. Linnane, certify, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on August 26, 2024, I served a true and correct copy of the Defendant's Notice of Motion to Dismiss the Complaint, Memorandum of Law In Support of Defendant's Motion to Dismiss the Complaint, and Affirmation in Support of Defendant's Motion to Dismiss the Complaint with appended exhibit, directed to *pro se* plaintiff Maureen Hurley at the email address set forth below, being the email address set forth by said plaintiff:

                miami64@earthlink.net

Dated: New York, New York
          August 26, 2024

                                        **MURIEL GOODE-TRUFANT**
                                        Acting Corporation Counsel of the
                                            City of New York
                                        *Attorney for Defendant*
                                        100 Church Street, Room 2-190
                                        New York, New York 10007
                                        (212) 356-2467
                                        klinnane@law.nyc.gov

                           By:    *Kathleen M. Linnane*
                                        Kathleen M. Linnane
                                        Assistant Corporation Counsel