UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

MAUREEN HURLEY,

                                  Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK CITY,

                                  Defendant.

---------------------------------------------------------------------X

**CERTIFICATE OF SERVICE OF INDIVIDUAL RULES**

No. 24-cv-01664 (NRM)(LKE)

      I, Kathleen M. Linnane, certify, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on August 26, 2024, I served a true and correct copy of the Individual Practice Rules of Judge Nina R. Morrison, updated August 3, 2023, and of the Individual Practice Rules of Magistrate Judge Lara K. Eshkenazi, directed to *pro se* plaintiff Maureen Hurley at the mailing address set forth below, being the mailing address set forth by said plaintiff:

      18 Kisco Park Drive
      Mount Kisco, NY 10549

Dated: New York, New York
       August 26, 2024

                                  **MURIEL GOODE-TRUFANT**
                                  Acting Corporation Counsel of the
                                    City of New York
                                  *Attorney for Defendant*
                                  100 Church Street, Room 2-190
                                  New York, New York 10007
                                  (212) 356-2467
                                  klinnane@law.nyc.gov

                            By:   *Kathleen M. Linnane*
                                  Kathleen M. Linnane
                                  Assistant Corporation Counsel