Maureen Hurley
18 Kisco Park Drive
Mount Kisco, NY 10549
miami64@earthlink.net
917-517-6379

August 27, 2024

**FILED**
**Sept. 6, 2024**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY, Brooklyn**
**Pro Se Office via**
**Box.com**

Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: <u>Hurley v. The Department of Education of the City of New York</u>
   24-cv-01664 (NRM) (LB)

Dear Judge Morrison,

I am the Plaintiff pro se in the case cited above. I and the Corporation Counsel have agreed to a response by me to their Motion to Dismiss to be submitted to them on or before October 7, 2024.

Please make note of this,

Thank you very much.

Respectfully,
*Maureen Hurley*
<u>/s/Maureen Hurley</u>