

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**Ilona J. Ehrlich**
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

October 10, 2024

**Via ECF**
Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

      Re: <u>Hurley v. The Department of Education of the City of New York</u>
        24-cv-01664 (NRM) (LKE)

Dear Judge Morrison:

   I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to represent Defendant, Department of Education of the City of New York ("DOE") in the above-referenced matter. I write to respectfully request an extension of time, from October 17, 2024, to October 31, 2024, for Defendant to reply to Plaintiff's opposition to Defendant's motion to dismiss the Complaint. This is Defendant's first request for an extension of time to file its reply. Plaintiff has consented to Defendant's request for a 2-week extension.

   The reason for this request is that Plaintiff's opposition in this matter is over 100-pages and contains numerous new exhibits. Defendant accordingly respectfully requests additional time to review the documents in order to appropriately respond to the opposition.

   Defendant thank the Court for its consideration of this request.

                Respectfully submitted,

                 /s/ Ilona Ehrlich
                Ilona J. Ehrlich
                Assistant Corporation Counsel

Cc: Maureen Hurley, *Pro Se* Plaintiff (By ECF)
   By USPS to:
   18 Kisco Park Drive
   Mount Kisco, NY 10549