UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MAUREEN HURLEY,

                Plaintiff,

- against -

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------- x

**STATEMENT AND AFFIRMATION OF SERVICE OF SUBSEQUENT PAPERS PURSUANT TO CPLR 2016**

.24-cv-01664 (NRM)(LKE)

**SAMANTHA WILLIAMSON**, employed in the Office of the Corporation Counsel as a Paralegal, affirms on this 31st day of October, 2024, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the following is true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. On the October 31, 2024, has served a true and correct copy or the foregoing **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** upon:

    Maureen Hurley, Pro Se Plaintiff
    18 Kisco Park Drive,
    Mount Kisco, NY 10549

By depositing a copy of the same, enclosed in a first class postpaid properly addressed wrapper, deposited in a mailbox, under the exclusive care and custody of the United States Post Office, within the State of New York.

                        */s/ Samantha Williamson*
                        Samantha Williamson, Paralegal
                        Labor and Employment Law Division

Date: New York, New York
       October 31, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

MAUREEN HURLEY,

                Plaintiff,

      -against-                          DECLARATION OF SERVICE

THE NEW YORK CITY DEPARTMENT
OF EDUCATION,                          24 CV 01664 (NRM)(LKE)

                Defendant.
---------------------------------------------------------- x

I, Ilona J. Ehrlich, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on October 31, 2024, I served the following documents on Maureen Hurley, plaintiff *pro se*:

- ☐ Defendant's Memorandum of Law in Reply in Further Support of Defendant's Motion to Dismiss the Complaint

By email directed to plaintiff at:

Maureen Hurley - miami64@earthlink.net

Dated:     New York, NY
            November 1, 2024

                                              /s/ *Ilona J. Ehrlich*
                                              Ilona J. Ehrlich
                                              Assistant Corporation Counsel