

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Ilona J. Ehrlich
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

November 7, 2025

**Via ECF**
Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

     Re: <u>Hurley v. The Department of Education of the City of New York</u>
       24-cv-01664 (NRM) (LKE)

Dear Judge Morrison:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendant, Department of Education of the City of New York in the above-referenced matter. I write to respectfully request an extension of time, from November 7, 2025, to December 8, 2025, for Defendant to respond to the Amended Complaint. This is Defendant's first request for an extension of time to file its response to the Amended Complaint. Plaintiff has consented to Defendant's request for a 30-day extension.

  Plaintiff filed the Amended Complaint on October 24, 2025. The Amended Complaint contains altered causes of action brought under additional statutes and contains numerous new exhibits. Accordingly, Defendant accordingly respectfully requests additional time to investigate the allegations and review the documents in order to appropriately respond to the Amended Complaint.

  Defendant thanks the Court for its consideration of this request.

              Respectfully submitted,

               <u>/s/ Ilona Ehrlich</u>
               Ilona J. Ehrlich
               Assistant Corporation Counsel

Cc: Maureen Hurley, *Pro Se* Plaintiff (By ECF)
By USPS to:
18 Kisco Park Drive
Mount Kisco, NY 10549