

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Ilona J. Ehrlich**
Labor and Employment Law Division
Telephone: (212) 356-2549
Email: iehrlich@law.nyc.gov

December 8, 2025

**By Certified Mail, Return Receipt, USPS**
Maureen Hurley
18 Kisco Park Drive
Mount Kisco, NY 10549

    Re: *Hurley v. The Department of Education of the City of New York*
      No. 24-cv-01664 (NRM) (LKE)

Dear Maureen Hurley:

  I represent the Defendant in the above-referenced matter. Please find enclosed, for service on you, a Notice of Motion to Dismiss the Amended Complaint and related documents.

            /s/ Ilona Ehrlich
            Ilona J. Ehrlich
            Assistant Corporation Counsel


Cc: Maureen Hurley, (via email to miami64@earthlink.net)

Encl.