MAUREEN HURLEY                                      December 28, 2025

18 Kisco Park Drive

Mount Kisco, NY 10549

miami64@earthlink.net


Honorable Nina R. Morrison

United States District Court

Eastern District of New York

225 Camden Plaza East

Brooklyn, New York 11201

Re: Hurley v. The Department of Education of the City of New York

24-cv-01664 (NRM) (LKE)

Dear Judge Morrison:

I am the Plaintiff pro se in the case cited above. I write to respectfully request time to respond to the numerous false claims made in the Motion To Dismiss submitted by the Defendant on December 8, 2025.

Due to the Holidays, New Year, and the research I need to do to present to you a fact-based response, I request January 26, 2026 as the date to submit my papers to you. This is my first request on this matter.

The Defendant's Attorney has consented to my request. Defendant's Attorney is requesting an extension to reply to Plaintiff by February 16, 2026, to which Plaintiff has agreed.

Thank you very much for your consideration of this request.

Respectfully submitted,

/s/Maureen Hurley

Cc: Ilona Ehrlich, Esq

MAUREEN HURLEY                                              December 28, 2025

18 Kisco Park Drive

Mount Kisco, NY 10549

miami64@earthlink.net


Honorable Nina R. Morrison

United States District Court

Eastern District of New York

225 Camden Plaza East

Brooklyn, New York 11201

Re: Hurley v. The Department of Education of the City of New York

24-cv-01664 (NRM) (LKE)

Dear Judge Morrison:

I am the Plaintiff pro se in the case cited above. I write to respectfully request time to respond to the numerous false claims made in the Motion To Dismiss submitted by the Defendant on December 8, 2025.

Due to the Holidays, New Year, and the research I need to do to present to you a fact-based response, I request January 26, 2026 as the date to submit my papers to you. This is my first request on this matter.

The Defendant's Attorney has consented to my request. Defendant's Attorney is requesting an extension to reply to Plaintiff by February 16, 2026, to which Plaintiff has agreed.

Thank you very much for your consideration of this request.

Respectfully submitted,

/s/Maureen Hurley

Cc: Ilona Ehrlich, Esq

Maureen Hurley
18 Kisco Park Drive
Mount Kisco, N.Y.
10549

WESTCHESTER NY 105

31 DEC 2025 PM 4 L

Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York, 11201

11201-183299