MAUREEN HURLEY
18 Kisco Park Drive
Mount Kisco, NY 10549

miami64@earthlink.net

January 26, 2026

*** Filed 04:38 PM, 26 Jan, 2026 U.S.D.C., Eastern District of New York ***

Honorable Nina R. Morrison
United States District Court Eastern District of New York 225 Camden Plaza East Brooklyn, New York 11201

      Re:  <u>Hurley v. The Department of Education of the City of New York</u>
           24-cv-01664 (NRM) (LKE)

Dear Judge Morrison:

I am the Plaintiff pro se in the case cited above.

Due to unfortunate personal matters, I have not been able to finish my Opposition To Defendants' Motion To Dismiss Amended Complaint.

I write to respectfully request an extension of time to respond to the numerous false claims made in the Motion To Dismiss submitted by the Defendant on December 8, 2025.

The reason for this request is that I and my daughter have had to seek medical intervention, and this has prevented me from completing the papers for the Opposition.

The date you set was January 26, 2026, which is today. I understand that you require notice two working days in advance, but the emergency situation intervened and took priority. I sincerely apologize for not submitting this letter earlier, but I could not do so.

After the Amended Complaint was submitted on 10/24/2025, the Defendants requested an extension of time on 11/7/2025, and I requested an extension of time on 12/28/205. Both of these prior requests were granted. Therefore this letter is my second – and final – request.

The Defendants' attorney consents to the extension of time for my Opposition to February 13, 2026. I agree to a date of March 2, 2026 for Defendant's Reply.

Thank you for your consideration,


/s/Maureen Hurley