UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------- x

MAUREEN HURLEY,

                                    Plaintiff,

                    against

THE DEPARTMENT OF EDUCATION OF THE CITY OF
NEW YORK,

                                    Defendant.

--------------------------------------------------------------------------- x

**AFFIRMATION OF
SERVICE**

Matter #: 2024-048849

Index #: 24-cv-01664

I, Eugenio Eligon, employed in the Office of the Corporation Counsel as a Customer Information Representative I affirm this 16th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

1.  The deponent is not a party to the action and is 18 years of age or older.

2.  On March 16th, 2026, the deponent served the annexed **Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss the Amended Complaint** pursuant to CPLR 2103(b)(2) upon the following person or persons:

> Maureen Hurley
> 18 Kisco Park Drive
> Mount Kisco, NY 10549

3. By mailing the paper to the person at the address designated by him or her for that purpose by depositing the same in a first-class, postpaid, properly addressed envelope, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York pursuant to CPLR 2103(b)(2).

4.   The number of copies served on each of said person was 1.

Date: New York, New York

March 16th, 2026

_____

Eugenio Eligon,
Customer Information Representative I